IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 21-1365 (GBW) ) ) ) ) ) ) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 22-674 (GBW) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed E-Discovery Order pursuant to Paragraph 1 of the Scheduling Order (*see, e.g.,* C.A. No. 21-1365, D.I. 24, ¶ 1) is hereby extended to September 28, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jennifer Ying* | */s/ Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.* | *Attorneys for Defendant Ramot at Tel Aviv University Ltd.* |

September 21, 2022

SO ORDERED this _____ day of September, 2022.

_____
J.