IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1365 (GBW) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-674 (GBW) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Cisco and Acacia's Core Technical Document Production* were caused to be served on October 14, 2022, upon the following in the manner indicated:

John G. Day, Esquire                                         *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Corey Johanningmeier, Esquire                    *VIA ELECTRONIC MAIL*
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Sidney Calvin Capshaw, Esquire                   *VIA ELECTRONIC MAIL*
Elizabeth L. DeRieux, Esquire
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, TX  75647
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jennifer Ying*
                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Jennifer Ying (#5550)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                      jblumenfeld@morrisnichols.com
OF COUNSEL:                           jying@morrisnichols.com

L. Norwood Jameson                    *Attorneys for Plaintiffs Cisco Systems, Inc. and*
Matthew C. Gaudet                     *Acacia Communications, Inc.*
Matthew S. Yungwirth
John R. Gibson
Sajid Saleem
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA  30309-3939
(404) 253-6900

Joseph A. Powers
Aleksander J. Goranin
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX  75201
(214) 257-7226

Gilbert A. Greene
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX  78746-5435
(512) 277-2300

October 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 14, 2022, upon the following in the manner indicated:

John G. Day, Esquire                                    *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Denise M. De Mory, Esquire                              *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Sidney Calvin Capshaw, Esquire                          *VIA ELECTRONIC MAIL*
Elizabeth L. DeRieux, Esquire
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, TX  75647
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)