IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1365-GBW |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 31st day of October, 2022, **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-49)** and **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS FIRST SET OF INTERROGATORIES (NOS. 1-19)** were served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                    VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

| | |
|---|---|
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3929 | <u>VIA ELECTRONIC MAIL</u> |
| Joseph A. Powers, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | <u>VIA ELECTRONIC MAIL</u> |
| Gilbert A. Greene, Esquire<br>DUANE MORRIS LLP<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Suite 300<br>Austin, TX 78746-5435 | <u>VIA ELECTRONIC MAIL</u> |
| Holly Engelmann, Esquire<br>DUANE MORRIS LLP<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | <u>VIA ELECTRONIC MAIL</u> |

| | |
|---|---|
| *Of Counsel:*<br><br>Denise De Mory<br>Corey Johanningmeier<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>(650) 351-7248<br><br>Dated: October 31, 2022 | ASHBY & GEDDES<br><br>*/s/ John G. Day*<br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* |