IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674-GBW (consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2023, **RAMOT AT TEL AVIV UNIVERSITY LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION TO CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC. (NOS. 1-73)** and **RAMOT AT TEL AVIV UNIVERSITY LTD.'S FIRST SET OF INTERROGATORIES TO CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC. (NOS. 1-20)** were served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 N. Market Street <br> Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |

{01836243;v1 }

| | |
|---|---|
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3929 | <u>VIA ELECTRONIC MAIL</u> |
| Joseph A. Powers, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | <u>VIA ELECTRONIC MAIL</u> |
| Holly Engelmann, Esquire<br>DUANE MORRIS LLP<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | <u>VIA ELECTRONIC MAIL</u> |

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Andrew C. Mayo* |
| *Of Counsel:* | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| Denise De Mory<br>Corey Johanningmeier<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>(650) 351-7248 |  |
|  | *Attorneys for Defendant* |
| Dated: February 15, 2023 |  |