IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant and Counterclaim Plaintiff. | C. A. No. 21-1365 (GBW) <br><br> **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant and Counterclaim Plaintiff. | C. A. No. 22-674 (GBW) <br> (CONSOLIDATED) <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Cisco's Responses and Objections to Ramot's First Set of Interrogatories (Nos. 1-20)* and (2) *Cisco's Responses and Objections to Ramot's First Set of Requests for Production (Nos. 1-73)* were caused to be served on April 21, 2023, upon the following in the manner indicated:

John G. Day, Esquire                                                VIA ELECTRONIC MAIL
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant and Counterclaim*
*Plaintiff Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  
Corey Johanningmeier, Esquire  
BUNSOE DE MORY LLP  
701 El Camino Real  
Redwood City, CA  94063  
*Attorneys for Defendant and Counterclaim Plaintiff Ramot at Tel Aviv University Ltd.*

*VIA ELECTRONIC MAIL*

OF COUNSEL:

L. Norwood Jameson  
Matthew C. Gaudet  
Matthew S. Yungwirth  
John R. Gibson  
Sajid Saleem  
DUANE MORRIS LLP  
1075 Peachtree Street NE, Suite 2000  
Atlanta, GA  30309-3939  
(404) 253-6900  

Joseph A. Powers  
Aleksander J. Goranin  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA  19103-4196  
(215) 979-1000  

Gilbert A. Greene  
DUANE MORRIS LLP  
Las Cimas IV  
900 S. Capital of Texas Hwy., Suite 300  
Austin, TX  78746-5435  
(512) 277-2300  

Holly Engelmann  
DUANE MORRIS LLP  
100 Crescent Court, Suite 1200  
Dallas, TX  75201  
(214) 257-7226  

April 21, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com  

*Attorneys for Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. and Acacia Communications, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 21, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)