IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)  C. A. No. 21-1365 (GBW)<br>)<br>)<br>)<br>)<br>)<br>) |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 22-674 (GBW)<br>)  (CONSOLIDATED)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Cisco Systems, Inc. and Acacia Communications, Inc.'s Supplement Initial Disclosures Pursuant to Rule 26(a)(1)* were caused to be served on May 15, 2023, upon the following in the manner indicated:

John G. Day, Esquire                                                                                      *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant and Counterclaim
Plaintiff Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
*Attorneys for Defendant and Counterclaim*
*Plaintiff Ramot at Tel Aviv University Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL: */s/ Jennifer Ying*

L. Norwood Jameson Jack B. Blumenfeld (#1014)
Matthew C. Gaudet Jennifer Ying (#5550)
Sajid Saleem 1201 North Market Street
DUANE MORRIS LLP P.O. Box 1347
1075 Peachtree Street NE, Suite 2000 Wilmington, DE 19899
Atlanta, GA 30309-3939 (302) 658-9200
(404) 253-6900 jblumenfeld@morrisnichols.com
 jying@morrisnichols.com
Joseph A. Powers
DUANE MORRIS LLP *Attorneys for Plaintiffs and Counterclaim*
30 South 17th Street *Defendants Cisco Systems, Inc. and Acacia*
Philadelphia, PA 19103-4196 *Communications, Inc.*
(215) 979-1000

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
(214) 257-7226

May 15, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 15, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)