IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC. and ACACIA
COMMUNICATIONS, INC.,

        Plaintiffs,

        v.

RAMOT AT TEL AVIV UNIVERSITY LTD.,

        Defendant.

C.A. No. 21-1365-GBW

CISCO SYSTEMS, INC. and ACACIA
COMMUNICATIONS, INC.,

        Plaintiffs,

        v.

RAMOT AT TEL AVIV UNIVERSITY LTD.,

        Defendant.

C.A. No. 22-674-GBW (consolidated)

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of August, 2023, **RAMOT AT TEL AVIV UNIVERSITY LTD.'S FIRST DEPOSITION NOTICE TO CISCO SYSTEMS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)** and **RAMOT AT TEL AVIV UNIVERSITY LTD.'S FIRST DEPOSITION NOTICE TO ACACIA COMMUNICATIONS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)** were served upon the below-named counsel of record at the address and in the manner indicated:

Jennifer Ying, Esquire                            <u>VIA ELECTRONIC MAIL</u>
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

L. Norwood Jameson, Esquire                              <u>VIA ELECTRONIC MAIL</u>
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

Joseph A. Powers, Esquire                                <u>VIA ELECTRONIC MAIL</u>
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Gilbert A. Greene, Esquire                               <u>VIA ELECTRONIC MAIL</u>
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435

Holly Engelmann, Esquire                                 <u>VIA ELECTRONIC MAIL</u>
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201


                                                 ASHBY & GEDDES

                                                 */s/ Andrew C. Mayo*
                                                 _____
                                                 John G. Day (#2403)
                                                 Andrew C. Mayo (#5207)
*Of Counsel:*                                    500 Delaware Avenue, 8th Floor
                                                 P.O. Box 1150
Denise De Mory                                   Wilmington, Delaware 19899
Corey Johanningmeier                             (302) 654-1888
BUNSOW DE MORY LLP                               jday@ashbygeddes.com
701 El Camino Real                               amayo@ashbygeddes.com
Redwood City, CA 94063
(650) 351-7248                                   *Attorneys for Defendant*

Dated: August 16, 2023