IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs Cisco Systems, Inc.'s and Acacia Communications, Inc.'s Second Set of Interrogatories to Defendant Ramot at Tel Aviv University, Ltd. (Nos. 20-25)* were caused to be served on August 24, 2023 upon the following in the manner indicated:

John G. Day, Esquire                                                              *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire                                                                   *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*


                                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                */s/ Jennifer Ying*

OF COUNSEL:                                                     _____
                                                                Jack B. Blumenfeld (#1014)
L. Norwood Jameson                                              Jennifer Ying (#5550)
Matthew C. Gaudet                                               1201 North Market Street
Matthew S. Yungwirth                                            P.O. Box 1347
John R. Gibson                                                  Wilmington, DE  19899
Sajid Saleem                                                    (302) 658-9200
DUANE MORRIS LLP                                                jblumenfeld@morrisnichols.com
1075 Peachtree Street NE, Suite 2000                            jying@morrisnichols.com
Atlanta, GA  30309-3939
(404) 253-6900                                                  *Attorneys for Plaintiffs*

Joseph A. Powers
Aleksander J. Goranin
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Gilbert A. Greene
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX  78746-5435
(512) 277-2300

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX  75201
(214) 257-7226

August 24, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 24, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)