IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | C. A. No. 21-1365 (GBW) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant and Counterclaim Plaintiff. | ) ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant and Counterclaim Plaintiff. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs Cisco Systems, Inc.'s and Acacia Communications, Inc.'s Second Set of Requests for Production to Defendant Ramot at Tel Aviv University, Ltd. (Nos. 50-57)* were caused to be served on August 30, 2023 upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jennifer Ying* |
| L. Norwood Jameson<br>Matthew C. Gaudet<br>Matthew S. Yungwirth<br>John R. Gibson<br>Sajid Saleem<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3939<br>(404) 253-6900 | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |
| Joseph A. Powers<br>Aleksander J. Goranin<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>(215) 979-1000 | |
| Gilbert A. Greene<br>DUANE MORRIS LLP<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Suite 300<br>Austin, TX 78746-5435<br>(512) 277-2300 | |

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX  75201
(214) 257-7226

August 30, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 30, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)