IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1365-GBW |
| v. | ) ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW (consolidated) |
| v. | ) ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2024, **RAMOT'S**

**IDENTIFICATION OF CLAIM TERMS** were served upon the below-named counsel of

record at the address and in the manner indicated:

Jennifer Ying, Esquire                                          VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

L. Norwood Jameson, Esquire                      VIA ELECTRONIC MAIL
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

Joseph A. Powers, Esquire                        VIA ELECTRONIC MAIL
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Gilbert A. Greene, Esquire                       VIA ELECTRONIC MAIL
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435

Holly Engelmann, Esquire                         VIA ELECTRONIC MAIL
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201


                                        ASHBY & GEDDES

                                        */s/ Andrew C. Mayo*
                                        _____
                                        John G. Day (#2403)
                                        Andrew C. Mayo (#5207)
*Of Counsel:*                           500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
Denise De Mory                          Wilmington, Delaware 19899
Corey Johanningmeier                    (302) 654-1888
BUNSOW DE MORY LLP                      jday@ashbygeddes.com
701 El Camino Real                      amayo@ashbygeddes.com
Redwood City, CA 94063
(650) 351-7248                          *Attorneys for Defendant*

Dated: February 15, 2024