IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674-GBW (consolidated) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 28th day of February, 2024, (1) **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 50-57);** (2) **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS SECOND SET OF INTERROGATORIES (NOS. 20-25)**; and (3) **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-50)** were served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jennifer Ying, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3929 | <u>VIA ELECTRONIC MAIL</u> |
| Joseph A. Powers, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | <u>VIA ELECTRONIC MAIL</u> |
| Gilbert A. Greene, Esquire<br>DUANE MORRIS LLP<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Suite 300<br>Austin, TX 78746-5435 | <u>VIA ELECTRONIC MAIL</u> |
| Holly Engelmann, Esquire<br>DUANE MORRIS LLP<br>Terrace 7<br>2801 Via Fortuna, Suite 200<br>Austin, TX 78746-7567 | <u>VIA ELECTRONIC MAIL</u> |

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| | _____ |
| *Of Counsel:* | John G. Day (#2403)<br>Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| Denise De Mory | P.O. Box 1150 |
| Corey Johanningmeier | Wilmington, Delaware 19899 |
| BUNSOW DE MORY LLP | (302) 654-1888 |
| 701 El Camino Real | jday@ashbygeddes.com |
| Redwood City, CA 94063 | amayo@ashbygeddes.com |
| (650) 351-7248 | |
| | *Attorneys for Defendant* |
| Dated: February 28, 2024 | |