IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs Cisco and Acacia's Proposed Constructions of Claim Terms* were caused to be served on February 29, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                              *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jennifer Ying* |
| | |
| L. Norwood Jameson | Jack B. Blumenfeld (#1014) |
| Matthew C. Gaudet | Jennifer Ying (#5550) |
| Sajid Saleem | 1201 North Market Street |
| Daniel Mitchell | P.O. Box 1347 |
| DUANE MORRIS LLP | Wilmington, DE  19899 |
| 1075 Peachtree Street NE, Suite 1700 | (302) 658-9200 |
| Atlanta, GA  30309-3929 | jblumenfeld@morrisnichols.com |
| (404) 253-6900 | jying@morrisnichols.com |
| | |
| Joseph A. Powers | *Attorneys for Plaintiffs Cisco Systems, Inc.* |
| Aleksander J. Goranin | *and Acacia Communications, Inc.* |
| DUANE MORRIS LLP | |
| 30 South 17th Street | |
| Philadelphia, PA  19103-4196 | |
| (215) 979-1000 | |
| | |
| Holly E. Engelmann, P.C. | |
| DUANE MORRIS LLP | |
| Terrace 7 | |
| 2801 Via Fortuna, Suite 200 | |
| Austin, TX  78746-7567 | |
| (214) 257-7226 | |

February 29, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 29, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)