IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C. A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C. A. No. 22-674 (GBW) <br> (Consolidated) |

**JOINT MOTION FOR ENTRY OF REVISED SCHEDULING ORDER**

Further to the status report filed by the parties on December 22, 2023 (D.I. 88)[1], the parties have proceeded according to the proposed but unentered schedule submitted therein (D.I. 88-1). The parties have determined and agreed, however, that they require more time for completion of fact discovery than given in that proposed schedule and have adjusted corresponding interim dates accordingly.

The parties have met and conferred and submit the attached [Proposed] Revised Scheduling Order for the Court's consideration, and hereby jointly move that it be entered to govern the further progress of these cases.

---

[1] Unless otherwise noted, all docket citations are to C.A. No. 21-1365.

{02005601;v1 }

The parties are available at the Court's convenience should the Court have any questions.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jennifer Ying* | */s/ Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

April 11, 2024