IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' First Supplemental Responses and Objections to Ramot's Interrogatories Nos. 1, 3, 6, 7, 8, 10, 17*; and (2) *Cisco Systems, Inc. and Acacia Communications, Inc.'s Second Supplement Initial Disclosures Pursuant to Rule 26(a)(1)* were caused to be served on June 12, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                                                                      *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire                                                               *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

                                                                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                                                                           */s/ Jennifer Ying*

L. Norwood Jameson                                                                    Jack B. Blumenfeld (#1014)
Matthew C. Gaudet                                                                     Jennifer Ying (#5550)
Sajid Saleem                                                                          1201 North Market Street
Daniel Mitchell                                                                       P.O. Box 1347
DUANE MORRIS LLP                                                                      Wilmington, DE  19899
1075 Peachtree Street NE, Suite 1700                                                  (302) 658-9200
Atlanta, GA  30309-3929                                                               jblumenfeld@morrisnichols.com
(404) 253-6900                                                                        jying@morrisnichols.com

Joseph A. Powers                                                                      *Attorneys for Plaintiffs Cisco Systems, Inc.*
Aleksander J. Goranin                                                                 *and Acacia Communications, Inc.*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX  78746-7567
(214) 257-7226

June 12, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)