**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1365 (GBW) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-674 (GBW) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | **(CONSOLIDATED)** |
| Defendant. | ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DISCOVERY DEADLINES**

WHEREAS on May 10, 2024, the Court issued a Revised Scheduling Order in the above captioned cases (C.A. No. 22-674, D.I. 92, C.A. No. 21-1365, D.I. 103);

WHEREAS the Court's Order Set a date for Fact discovery cut-off of June 21, 2024, with discovery necessitated by the issuance of an unforeseen claim construction to be completed by October 16, 2024;

WHEREAS the parties have conferred about scheduling and certain remaining discovery and have agreed that more time to complete, *e.g.*, depositions would be efficient and reasonably required, and therefore the parties have agreed to treat the October 16, 2024 date as the Fact discovery cut-off for all purposes;

{02026671;v1 }

WHEREAS this stipulation does not require changing any date on the Revised Scheduling Order, or the entry of any new scheduling order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that:

The October 16, 2024 date contained in the Court's Revised Scheduling Order (C.A. No. 22-674, D.I. 92, C.A. No. 21-1365, D.I. 103) will be treated as the Fact discovery cut-off for all purposes.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jennifer Ying* | */s/ Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014) | John G. Day (#2403) |
| Jennifer Ying (#5550) | Andrew C. Mayo (#5207) |
| 1201 North Market Street | 500 Delaware Avenue, 8th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| jblumenfeld@morrisnichols.com | jday@ashbygeddes.com |
| jying@morrisnichols.com | amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

June 17, 2023

SO ORDERED, this day _____of _____, 2024.

_____
United States District Judge