IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-674-GBW (consolidated) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Michael Flynn-O'Brien and Brenda Entzminger to represent the defendant in these matters. Pursuant to this Court's Standing Order effective January 1, 2024, the fees for the above-named attorneys will be submitted upon the filing of this motion.

{02033193;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

Dated: July 9, 2024

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-674-GBW (consolidated) |

## **ORDER**

This _____ day of _____, 2024, the Court having considered the motion for the admission *pro hac vice* of Michael Flynn-O'Brien and Brenda Entzminger to represent the defendant in these matters; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{02033193;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 9, 2024          Signed: _____

Michael Flynn-O'Brien
California State Bar No. 291301
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
Email: mflynnobrien@bdiplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ● to the Clerk's Office upon the filing of this motion.

Date: 7/9/2024

Signed: *(signature)*
Brenda Entzminger
California State Bar No. 226760
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744