# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 18, 2024

The Honorable Gregory B. Williams  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA HAND DELIVERY  
AND ELECTRONIC FILING

Re: *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,* C.A. Nos. 21-1365-GBW and 22-674-GBW

Dear Judge Williams:

Pursuant to Paragraph 7 of the Amended Scheduling Order (93,102) in the above-referenced matters, enclosed please find a thumb drive containing Ramot's technology tutorial in both .pdf and .mp4 formats. The .mp4 format includes an audio presentation with the slides while the .pdf format contains only slides. If the Court experiences any difficulties in viewing this presentation, please let us know and we will be happy to assist.

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/mlk  
Enclosure (multimedia)  
cc: All counsel of record (via electronic mail)

{02035665;v1 }