IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>Defendant. | C.A. No. 22-674-GBW (consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of James T. Wilson and Wayne M. Helge to represent the defendant in these matters. Pursuant to this Court's Standing Order effective January 1, 2024, the fees for the above-named attorneys will be submitted upon the filing of this motion.

{02050283;v1 }

                                                ASHBY & GEDDES

                                                */s/ Andrew C. Mayo*

                                                _____
                                                John G. Day (#2403)
                                                Andrew C. Mayo (#5207)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, Delaware 19899
                                                (302) 654-1888
                                                jday@ashbygeddes.com
                                                amayo@ashbygeddes.com

Dated:  September 10, 2024              *Attorneys for Defendant*

{02050283;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br>Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br>Defendant. | C.A. No. 22-674-GBW (consolidated) |

## **ORDER**

This _____ day of _____, 2024, the Court having considered the motion for the admission *pro hac vice* of James T. Wilson and Wayne M. Helge to represent the defendant in these matters; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{02050283;v1 }

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and Bar of Commonwealth of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ James T. Wilson
_____
James T. Wilson
BUNSOW DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA 22314
Telephone:  (571) 222-1022

Dated:  September 10, 2024

{02050283;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and Bar of Commonwealth of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Wayne M. Helge*
_____
Wayne M. Helge
BUNSOW DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA 22314
Telephone: (571) 208-0186

Dated: September 10, 2024

{02050283;v1 }