IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674-GBW (consolidated) |

## ORDER

At Wilmington this 12th day of November, 2024:

Consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that the Court construes the below claim terms of U.S. Patent Nos. 11,133,872 (the "'872 patent") and 11,342,998 (the "'998 patent") as follows:

| Claim Term | Court's Construction |
|---|---|
| **Agreed-Upon Terms** | |
| "modulator"<br><br>'998 Patent: claims 1, 4, 6, 49, 50, 58, 61<br><br>'872 Patent: claims 1, 2, 3, 6, 7, 10, 11, 12, 13, 15, 16, 18, 20, 21, 23, 25, 26, 27 | any device which outputs an optical signal with controlled variation of intensity |
| "mapping/map/mapped/converting" verbs<br><br>'998 Patent: claims 1, 13, 14, 45, 46, 47, 49, 58, 63<br><br>'872 Patent: claims 1, 11, 13, 15, 23, 27 | selecting or generating a digital output from a set of possible digital outputs for a given digital input from a set of possible digital inputs, wherein decimal values of the set of possible digital outputs and decimal values of the set of possible digital inputs are not identical |
| **Disputed Terms** | |
| "wherein a digital-to-digital mapping maps ..."<br><br>'998 Patent: claims 1, 4, 6-15, 58, 61-63 | not indefinite;<br><br>digital-to-digital mapping is a structure that maps a plurality of N digital input data bits to M digital output data bits |
| "wherein the N bits of the N bit digital input data word are mapped ..."<br><br>'998 Patent: claims 45-47, 49-54 | indefinite |
| "digital output ..."/"output bits ..."<br><br>'872 Patent: claims 1, 11, 13, 15, 23<br><br>'998 Patent: claims 1, 45, 58 | No construction necessary |

*/s/ Gregory B. Williams*

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

2