IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Cisco's Responses and Objections to Ramot's Second Set of Interrogatories (Nos. 21-25)* were caused to be served on November 22, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                                                                       *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  
Corey Johanningmeier, Esquire  
Michael Flynn-O'Brien, Esquire  
Brenda Entzminger, Esquire  
BUNSOE DE MORY LLP  
701 El Camino Real  
Redwood City, CA  94063  
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

*VIA ELECTRONIC MAIL*

James T. Wilson, Esquire  
Wayne M. Helge, Esquire  
BUNSOE DE MORY LLP  
277 S. Washington St., Suite 210, #1088  
Alexandria, VA  22314  
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

*VIA ELECTRONIC MAIL*

OF COUNSEL:

L. Norwood Jameson  
Matthew C. Gaudet  
Sajid Saleem  
Daniel Mitchell  
DUANE MORRIS LLP  
1075 Peachtree Street NE, Suite 1700  
Atlanta, GA  30309-3929  
(404) 253-6900

Joseph A. Powers  
Aleksander J. Goranin  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA  19103-4196  
(215) 979-1000

Holly E. Engelmann, P.C.  
DUANE MORRIS LLP  
Terrace 7  
2801 Via Fortuna, Suite 200  
Austin, TX  78746-7567  
(214) 257-7226

November 22, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jying@morrisnichols.com

*Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>Michael Flynn-O'Brien, Esquire<br>Brenda Entzminger, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| James T. Wilson, Esquire<br>Wayne M. Helge, Esquire<br>BUNSOE DE MORY LLP<br>277 S. Washington St., Suite 210, #1088<br>Alexandria, VA  22314<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*
_____
Jennifer Ying (#5550)