IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-674-GBW (consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of November, 2024, **RAMOT AT TEL AVIV UNIVERSITY LTD.'S DISCLOSURE OF FINAL INFRINGEMENT CONTENTIONS PURSUANT TO SCHEDULING ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

Jennifer Ying, Esquire                                          VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

Joseph A. Powers, Esquire                                  VIA ELECTRONIC MAIL
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

{01836243;v1 }

<div style="float:left">
Holly Engelmann, Esquire
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX 78746-7567
</div>

<div style="float:right">VIA ELECTRONIC MAIL</div>

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Andrew C. Mayo* |
|  | _____ |
| *Of Counsel:* | John G. Day (#2403) |
|  | Andrew C. Mayo (#5207) |
| Denise De Mory | 500 Delaware Avenue, 8th Floor |
| Corey Johanningmeier | P.O. Box 1150 |
| Michael Flynn-O'Brien | Wilmington, Delaware 19899 |
| Brenda Entzminger | (302) 654-1888 |
| BUNSOW DE MORY LLP | jday@ashbygeddes.com |
| 701 El Camino Real | amayo@ashbygeddes.com |
| Redwood City, CA 94063 |  |
| (650) 351-7248 | *Attorneys for Defendant* |
| ddemory@bdiplaw.com |  |
| cjohanningmeier@bdiplaw.com |  |
| mflynnobrien@bdiplaw.com |  |
| bentzminger@bdiplaw.com |  |

Dated: November 26, 2024