IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C. A. No. 21-1365 (GBW) |
| v. | ) | |
| | ) | |
| RAMOT AT TEL AVIV UNIVERSITY<br>LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C. A. No. 22-674 (GBW) |
| v. | ) | (CONSOLIDATED) |
| | ) | |
| RAMOT AT TEL AVIV UNIVERSITY<br>LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF
DR. YOSSEF EHRLICHMAN PURSUANT TO FED. R. CIV. P. 30(B)(1)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Plaintiffs, by and through their counsel of record, will take the oral deposition of Dr.

Yossef Ehrlichman.  The deposition will take place on December 10, 2024 starting at 1:30 p.m.

Eastern Time, or at some other reasonable time and place mutually agreed upon by counsel.

The deposition will take place via remote deposition means (e.g., Zoom or other

videoconferencing platform).  The deposition will be taken pursuant to Rule 30 of the Federal

Rules of Civil Procedure before a Notary Public or some other officer authorized to administer

oaths and take testimony, to be used for all lawful purposes including discovery or as evidence in

the above-captioned matters, or both.  The deposition may be recorded by stenographic and

videographic means and real-time (e.g., LiveNote) recording.  The deposition will continue from day to day until concluded, Saturdays, Sundays and holidays excepted.  The deposition will be taken for the purpose of discovery, for use at trial or any hearing in this matter, and for any other purpose permitted by the Federal Rules of Civil Procedure.  You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

OF COUNSEL:

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com

L. Norwood Jameson
Matthew C. Gaudet
Sajid Saleem
Daniel Mitchell
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309-3929
(404) 253-6900

*Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

Joseph A. Powers
Aleksander J. Goranin
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX  78746-7567
(214) 257-7226

November 27, 2024

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 27, 2024, upon the following in the manner indicated:

John G. Day, Esquire                                        *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Denise De Mory, Esquire                                     *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

James T. Wilson, Esquire                                    *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
BUNSOE DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA  22314
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

3