IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 22-674 (GBW) |
| v. | ) ) | (CONSOLIDATED) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Second Supplemental Responses and Objections to Ramot's Interrogatory No. 10* were caused to be served on December 10, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                                                                         *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire                                              *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

James T. Wilson, Esquire                                             *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
BUNSOE DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA  22314
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jennifer Ying* |
| L. Norwood Jameson | Jennifer Ying (#5550) |
| Matthew C. Gaudet | 1201 North Market Street |
| Sajid Saleem | P.O. Box 1347 |
| Daniel Mitchell | Wilmington, DE  19899 |
| DUANE MORRIS LLP | (302) 658-9200 |
| 1075 Peachtree Street NE, Suite 1700 | jying@morrisnichols.com |
| Atlanta, GA  30309-3929 |  |
| (404) 253-6900 | *Attorneys for Plaintiffs Cisco Systems, Inc.* |
|  | *and Acacia Communications, Inc.* |

Joseph A. Powers
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX  78746-7567
(214) 257-7226

December 10, 2024

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>Michael Flynn-O'Brien, Esquire<br>Brenda Entzminger, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| James T. Wilson, Esquire<br>Wayne M. Helge, Esquire<br>BUNSOE DE MORY LLP<br>277 S. Washington St., Suite 210, #1088<br>Alexandria, VA  22314<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)