IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 21-1365 (GBW)<br><br>**JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 22-674 (GBW)<br>(CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Final Invalidity Contentions* were caused to be served on December 10, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                                                                    *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv
University Ltd.*

Denise De Mory, Esquire                                          *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

James T. Wilson, Esquire                                         *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
BUNSOE DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA 22314
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

OF COUNSEL:                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

L. Norwood Jameson                                  */s/ Jennifer Ying*
Matthew C. Gaudet
Sajid Saleem                                        Jennifer Ying (#5550)
Daniel Mitchell                                     1201 North Market Street
DUANE MORRIS LLP                                    P.O. Box 1347
1075 Peachtree Street NE, Suite 1700                Wilmington, DE 19899
Atlanta, GA 30309-3929                              (302) 658-9200
(404) 253-6900                                      jying@morrisnichols.com

Joseph A. Powers                                    *Attorneys for Plaintiffs Cisco Systems, Inc.*
DUANE MORRIS LLP                                    *and Acacia Communications, Inc.*
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX 78746-7567
(214) 257-7226

December 10, 2024

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>Michael Flynn-O'Brien, Esquire<br>Brenda Entzminger, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| James T. Wilson, Esquire<br>Wayne M. Helge, Esquire<br>BUNSOE DE MORY LLP<br>277 S. Washington St., Suite 210, #1088<br>Alexandria, VA  22314<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)