IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1365-GBW |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW (consolidated) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This 11th day of December, 2024, the Court having considered the motion for the admission *pro hac vice* of Robin King Curtis to represent the defendant in the above actions; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{02074178;v1 }