## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

March 4, 2025

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

      Re:    *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
            C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by videoconference on the following date(s): March 4, 2025:

1. Delaware Counsel: Andrew Mayo (Ramot); Jennifer Ying (Cisco/Acacia)

2. Lead Counsel: Corey Johanningmeier, Michael Flynn-O'Brien (Ramot); Matt Gaudet, Holly Engelmann (Cisco/Acacia)

The dispute requiring judicial attention is listed below:

Cisco moves to compel Ramot to produce all of its patent license agreements with the parties identified in the February 4, 2025 expert report of Ramot's damages expert Stephen E. Dell in Paragraphs 169-176.

Counsel is available should the Court have any questions.

                              Respectfully,

                              */s/ Jennifer Ying*

                              Jennifer Ying (#5550)

JY/lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)