# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 20, 2025

The Honorable Gregory B. Williams  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.*, C.A. Nos. 21-1365-GBW and 22-674-GBW (consolidated)

Dear Judge Williams:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): 12/13/2024, 1/29/2025.

- Delaware Counsel: Andrew Mayo (Ramot); Jennifer Ying (Cisco/Acacia)
- Lead Counsel: Corey Johanningmeier, Michael Flynn-O'Brien, Robin Curtis (Ramot); Matt Gaudet, Holly Engelmann, Sajid Saleem, Daniel Mitchell (Cisco/Acacia)

The disputes requiring judicial attention are listed below:

1. Ramot moves to compel the production of the parameters used by Cisco to generate the sales and revenue spreadsheets produced in this matter (e.g., Cisco-Ramot_10023244).
2. Ramot moves to compel certain cost data related to the accused products, including costed bills of materials ("costed BOMs").

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/nml  
cc: All counsel of record (via electronic mail)

{02093240;v1 }  
DM2\20580942.1