IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>               Plaintiffs,<br><br>               v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>               Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>               Plaintiffs,<br><br>               v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>               Defendant. | C.A. No. 22-674-GBW (consolidated) |

## ORDER

AND NOW, this 11th day of March 2025, having considered Defendant and Counterclaim-Plaintiff Ramot at Tel Aviv University Ltd.'s Motion to Compel (D.I. 159) ("Defendant's Motion to Compel") and the parties' subsequent filings respectively in support and opposition thereto (D.I. 166, 179, 180, 193, and 201), IT IS HEREBY ORDERED that Defendant's Motion to Compel (D.I. 159) is GRANTED IN PART, specifically as follows:

1. Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. ("Cisco") and Acacia Communications, Inc. ("Acacia") shall produce sales data for the products (including the switch, router line cards, and chassis products, as well as bundled product IDS to the extent they exist) identified in Defendant's final infringement contentions. The sales data shall include all fields found in Cisco-Ramot_10023244 as well as "sales order", "Deal ID", "invoice number" and "Bundled PID" fields to the extent such information exists.
2. Cisco and Acacia shall supplement their response to Defendant Ramot's Interrogatory No. 25 through a narrative response.
3. Cisco and Acacia shall comply with this Order by no later than March 25, 2025, unless otherwise agreed to in writing by the parties.

_____
UNITED STATES DISTRICT JUDGE