IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674-GBW (consolidated) |

**ORDER**

AND NOW, this 11th day of March 2025, upon review and consideration of Defendant Ramot's Motion to Compel (D.I. 190) and Plaintiff Cisco's Opposition (D.I. 191), IT IS HEREBY ORDERED that Ramot's Motion to Compel (D.I. 190) is DENIED.

_____
UNITED STATES DISTRICT JUDGE