IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>        Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>        Defendant. | C.A. No. 22-674-GBW (consolidated) |

## ORDER

AND NOW, this 12th day of March 2025, upon review and consideration of Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.'s Motion to Compel ("Plaintiffs' Motion to Compel") (D.I. 202) and Defendant Ramot at Tel Aviv University Ltd.'s Opposition (D.I. 208), IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel (D.I. 202) is GRANTED. By no later than March 25, 2025, Defendant Ramot shall produce all patent licenses, agreements,

and deals with the companies identified in Stephen E. Dell's opening expert report in paragraphs 170-171.

_____
UNITED STATES DISTRICT JUDGE