IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C. A. No. 21-1365 (GBW) |
| v. | ) | |
| | ) | |
| RAMOT AT TEL AVIV UNIVERSITY<br>LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C. A. No. 22-674 (GBW) |
| v. | ) | (CONSOLIDATED) |
| | ) | |
| RAMOT AT TEL AVIV UNIVERSITY<br>LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jack B. Blumenfeld of MORRIS, NICHOLS,

ARSHT & TUNNELL LLP as counsel for Plaintiffs Cisco Systems, Inc. and Acacia Communications,

Inc. is hereby withdrawn.  Plaintiffs will continue to be represented by MORRIS, NICHOLS, ARSHT

& TUNNELL LLP, DUANE MORRIS LLP, and ORRICK, HERRINGTON & SUTCLIFFE LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Plaintiffs Cisco Systems, Inc.
and Acacia Communications, Inc.*

June 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 2, 2025, upon the following in the manner indicated:

John G. Day, Esquire                                    *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Denise De Mory, Esquire                                 *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

James T. Wilson, Esquire                                *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
BUNSOE DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA  22314
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Robin King Curtis, Esquire
BUNSOW DE MORY LLP
351 California Street, Suite 200
San Francisco, CA  94104
*Attorneys for Defendant Ramot at Tel Aviv
University Ltd.*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)